# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOHN H. CURRAN,

PLAINTIFF,

VS.

TYSON FOODS, INC.,

DEFENDANT.

**CIVIL NO. 00-734 (JRT/FLN)**

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE**

WHEREAS, the Court's Pretrial Schedule provides that all motions which seek to amend the pleadings or add parties must be served by September 1, 2000, that Plaintiff must disclose the identity of any expert witnesses and the substance of their testimony on or before October 1, 2000, and that Defendant must disclose the identity of any expert witnesses and the substance of their testimony on or before November 1, 2000; and

WHEREAS, Defendant has filed a Motion to Dismiss and Motion to Transfer which the Court has heard and has under advisement; and

WHEREAS, the parties seek to conserve judicial resources and avoid unnecessary costs and expenses associated with this litigation by extending certain deadlines set forth in the Court's Pretrial Schedule;

IT IS THEREFORE STIPULATED, that Paragraphs 1(a), 2(a), and 2(b) of the Court's Pretrial Order may be amended to provide as follows:

1. Discovery/Non-Dispositive Motions

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2000.

1983767v1

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before November 1, 2000

2) By Defendant(s) on or before December 1, 2000

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before November 1, 2000.

2) By Defendant(s) on or before December 1, 2000.

All other dates and deadlines set forth in the Pretrial Schedule will remain the same.

Date: 8/30/00

LEWIS A. REMELE, JR. (#90724)
FREDERICK E. FINCH (#29191)
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

Attorneys for Plaintiff

Date: 8/30/00

FREDERICK W. MORRIS (#75358)
JEFFREY A. EYRES (#228527)
Leonard, Street, and Deinard
150 South Fifth Street., Suite 2300
Minneapolis, MN 55402
(612) 335-1500

And

JOHN R. ELROD
RUTH ANN WISENER
Conner & Winters, P.L.L.C.
100 W. Center, Suite 200
Fayetteville, Arkansas 72701
(501) 582-5711

Attorneys for Defendant

1983767v1

Based upon the stipulation of the parties and good cause having been shown,

**IT IS HEREBY ORDERED** That Paragraphs 1(a), 2(a), and 2(b) of the Court's Pretrial Order are amended to provide as follows:

1. Discovery/Non-Dispositive Motions

    a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2000.

2. Expert Disclosure and Discovery:

    a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

        1) By Plaintiff(s) on or before November 1, 2000

        2) By Defendant(s) on or before December 1, 2000

    b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

        1) By Plaintiff(s) on or before November 1, 2000.

        2) By Defendant(s) on or before December 1, 2000.

All other dates and deadlines set forth in the Pretrial Schedule shall remain the same.

Date: 8-31-00

Franklin L. Noel
Chief United States Magistrate Judge