# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOHN H. CURRAN,

Plaintiff,

v.

TYSON FOODS, INC.,

Defendant/Third-Party Plaintiff,

v.

CONAGRA POULTRY COMPANY,

Third-Party Defendant.

**CIVIL NO. 00-734 (JRT/FLN)**

**STIPULATION AND PROPOSED ORDER REGARDING PRETRIAL ORDER AND STATUS CONFERENCE**

WHEREAS, Defendant Tyson Foods, Inc., asserted third-party claims against Third-Party Defendant ConAgra Poultry Company;

WHEREAS, Third-Party Defendant ConAgra Poultry Company answered those third-party claims on December 29, 2000;

WHEREAS, the addition of ConAgra Poultry Company as a party to this litigation may necessitate additional discovery to prepare the case for trial;

WHEREAS, the parties propose that the discovery period in this case be extended for at least four months to allow all of the parties to adequately prepare for trial and discuss the possibility of settlement; and

WHEREAS, the parties further propose that the Court set this matter on for a status conference for the purpose of discussing and establishing an amended scheduling extending the discovery period and the date on which this case will be considered ready for trial;

1983767v1

FILED JAN 25 2001
FRANCIS E. DOSAL, CLERK

**IT IS THEREFORE STIPULATED** That the Pretrial Scheduling Order may be amended to extend the discovery cutoff date and all other appropriate dates at least four months; and

**IT IS FURTHER STIPULATED** That the parties request that this Court set this matter on for a status conference for the purpose of discussing and establishing an amended scheduling extending the discovery period and the date on which this case will be considered ready for trial.

Date: 17 January 2001

LEWIS A. REMELE, JR. (#90724)
FREDERICK E. FINCH (#29191)
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

Attorneys for Plaintiff

Date: January 10, 2001

FREDERICK W. MORRIS (#75358)
JEFFREY A. EYRES (#228527)
Leonard, Street, and Deinard
150 South Fifth Street., Suite 2300
Minneapolis, MN 55402
(612) 335-1500

And

JOHN R. ELROD
RUTH ANN WISENER
Conner & Winters, P.L.L.C.
100 W. Center, Suite 200
Fayetteville, Arkansas 72701
(501) 582-5711

Attorneys for Defendant-Third Party Plaintiff

Date: 17 Jan. 2001

LEWIS A. REMELE, JR. (#90724)
FREDERICK E. FINCH (#29191)
Bassford, Lockhart, Truesdell &
Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

Attorneys for Third Party Defendant

Based upon the stipulation of the parties and good cause having been shown,

**IT IS HEREBY ORDERED** That this matter is set on for a status conference on 2-9, 2001 for the purpose of discussing and establishing an amended scheduling extending the discovery period and the date on which this case will be considered ready for trial at 9:00 am

Date: 1/24/01

Franklin L. Noel
Chief United States Magistrate Judge